FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 MAY 16 AM 10 30

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT L. HIGGINS as Wrongful Death Representative of the Estate of ROBERT NATHAN KENDALL HIGGINS and CORINA HIGGINS,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 12-CV-177-F |

## ORDER DISMISSING PARTIES

This matter is before the Court on the parties' Stipulation of Dismissal of Claims Pending against TRW Automotive U.S., LLC, and TRW Vehicle Safety Systems, Inc. Upon consideration of the parties' stipulation and being otherwise fully advised in the premises, the Court finds good cause exists to approve the parties' stipulation and order the dismissal of all claims against these Defendants.

1

WHEREFORE, IT IS ORDERED that all claims against TRW Automotive U.S., LLC and TRW Vehicle Safety Systems, Inc. are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the case caption in this matter shall be and is hereby AMENDED as reflected above.

Dated this __16__ day of May, 2013.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE