Richard A. Mincer
HIRST APPLEGATE, LLP
1720 Carey Avenue, Suite 400
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rmincer@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT L. HIGGINS as Wrongful Death Representative of the Estate of ROBERT NATHAN KENDALL HIGGINS; and CORINA HIGGINS<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil No. 12-CV-177-F |

### *STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF FORD MOTOR COMPANY*

The Parties to this action, through undersigned counsel, stipulate and agree that the claims against Defendant Ford Motor Company, including all claims, cross-claims and counter-claims, be dismissed with prejudice. This stipulation resolves all remaining claims in the case. All Parties are to bear their own costs and attorneys' fees and have no rights of appeal.

DATED this 6th day of August, 2013.

|  |  |
|---|---|
| TURNER & ASSOCIATES, P.A. | SNELL & WILMER L.L.P. |

BY: *s/C. Tab Turner*  
    James E. Fitzgerald  
    2108 Warren Ave.  
    Cheyenne, WY 82001  

    C. Tab Turner  
    Jerry White  
    Turner & Associates, P.A.  
    4705 Somers Ave., Ste. 100  
    North Little Rock, AR 72116  
    Attorneys for Plaintiffs  

BY: *s/ Kelly W. MacHenry*  
    Richard A. Mincer, #6-2886  
    1720 Carey Avenue, Suite 400  
    P. O. Box 1083  
    Cheyenne, WY 82003-1083  
    Phone: (307) 632-0541  
    Fax: (307) 632-4999  
    rmincer@hirstapplegate.com  

    Vaughn A. Crawford (pro hac vice)  
    Kelly W. MacHenry(pro hac vice)  
    Amanda C. Sheridan (pro hac vice)  
    Snell & Wilmer L.L.P.  
    400 East Van Buren  
    Phoenix, AZ 85004-2202  
    vcrawford@swlaw.com  
    kmachenry@swlaw.com  
    asheridan@swlaw.com  
    Attorneys for Ford Motor Company

## CERTIFICATE OF SERVICE

I certify the foregoing *Stipulation of Voluntary Dismissal with Prejudice of Ford Motor Company* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on August 6, 2013, and that copies were served as follows:

| | |
|---|---|
| James E. Fitzgerald<br>The Fitzgerald Law Firm<br>2108 Warren Ave.<br>Cheyenne, WY 82001<br>*Attorney for Plaintiffs* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| C. Tab Turner<br>Jerry White<br>Turner & Associates, P.A.<br>4705 Somers Ave., Ste. 100<br>North Little Rock, AR 72116<br>*Pro Hac Vice Attorneys for Plaintiffs* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

 s/*Kelly W. MacHenry*
Snell & Wilmer L.L.P.
Attorneys for Ford Motor Company