```
                                          FILED
                                   U.S. DISTRICT COURT
                                   DISTRICT OF WYOMING

                                   2013 AUG 7 PM 3 39

                                   STEPHAN HARRIS, CLERK
                                          CHEYENNE
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT L. HIGGINS as Wrongful Death Representative of the Estate of ROBERT NATHAN KENDALL HIGGINS and CORINA HIGGINS, | |
| Plaintiffs, | Civil Action No. 12-CV-177-F |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal With Prejudice of Ford Motor Company. The parties agree that all claims, cross-claims and counter-claims in this action should be dismissed with prejudice. Finding good cause to approve of the parties' stipulation and being fully advised in the premises, the Court finds this case should be dismissed.

1

WHEREFORE, IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys' fees and have no rights of appeal.

Dated this __7__ day of August, 2013.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE